IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY CORUM,

    Plaintiff,

vs.                                                5:06cv154/MCR/AK

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 15, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    3.    The decision of the Commissioner is AFFIRMED and judgment shall be entered accordingly.

    **DONE AND ORDERED** this 27th day of September, 2007.


                                              _s/ M. Casey Rodgers_
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**